**RESTRICTED**

# Letter

*In Re Patel*

26-Civ-1960

I kindly ask that Document #5 be kept classified, as it is a duplicate of Document #4, which is also restricted.

I truly believe the sponsoring authority (ies) of my allegations had a depraved heart and mind and malice aforethought to equality and human life.

Thanks,


/s/ Raj K. Patel
Raj K. Patel
4330 Strathmore Lane
Zionsville, IN 46077
317-740-8001
rajp2010@gmail.com