**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEW JERSEY**

**Newark**

*Patel v. Patel et al.*, Date: April 29, 2026

Case No. 2:26-cv-1960-MEF

**MOTION TO RE-ASSERT JURISDICTION**

Patel requests this court to re-assert jurisdiction. The U.S. District Court for the S.D.I.N. has already issued filing bar, for reasons Patel strongly thinks is unscrupulous as it is pleading ignorance in its police powers. *Cf.* Ex. A. That does not mean this district court of both sovereign state and union must agree. Judiciary Act of 1789. Patel has appeared here for Justice based on his facts as *Oyama* landlord, education diploma holder, completing second grade, and citizen and resident for 8 years, from birth.

The sister states work together as do the union and the states to enforce the Constitution.

In the alternative, Patel (a dual citizen) requests this court allow funding under the U.S.-India MLA Treaty of 2005, No. 05-1003 (U.S. Dep't of St. 2005) for a trip to Indian Supreme Court in New Delhi to achieve his ends; most kindly and most respectfully requests this court: U.S. District Court ex rel. In Re Raj K. Patel, No. 26-cv-1960 (D.N.J. 202_) or as U.S. District Court ex rel. Patel v. Patel, No. 26-cv-1960 (D.N.J. 202_). Fed. R. Civ. P. 10 (case naming is up to the court). The requested sum is about $25,000 (for travel, food, lodging,

and possible fees), plus $400,000 in compensation (or an amount agreeable to the court) for Patel for using the skills of his juris doctor degree as fair play and fundamental fairness require. *Sukanya Shantha vs. Union of India*, No. 1404 of 2023, 2024 INSC 753 (India 3 Oct. 2024).

Constitutionally yours,

T.E.E. Mr. Dr. Raj K. Patel, AA, BA, JD*
4330 Strathmore Lane
Zionsville, IN 46077
+1-317-740-8001
rajp2010@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAJ K. PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00791-JRO-KMB |
| | ) | |
| KASH P. PATEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Raj K. Patel is restricted from filing new civil actions in this court. *See In re: Patel*, 1:22-mc-00024-JRS, dkt. 1 (March 28, 2022). His repeated frivolous filings have also resulted in the Seventh Circuit issuing an order banning Mr. Patel from filing any papers in any court in the Circuit until he pays a $500 fine or successfully moves to have the filing ban lifted. *Patel v. Doe*, No. 23-1322 (7th Cir. March 27, 2023).

Mr. Patel filed this action in the District of New Jersey, and it was transferred here. However, Mr. Patel's multiple filing restrictions remain in effect, rendering him unable to pursue this litigation in this Court or in any court in the Seventh Circuit. Therefore, **the clerk is directed** to close this action on the docket.

Pursuant to the restriction order, future filings by Mr. Patel bearing this case number shall be docketed as "submissions" in miscellaneous case number 1:22-mc-00024-JRS.

**SO ORDERED.**

Date: 4/23/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

RAJ K. PATEL
[redacted]